# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW R. SHAFER, ET AL, | : | No. 66 WM 2018 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE HONORABLE CHRISTOPHER G. | : | |
| HAUSER, JUDGE OF THE COURT OF | : | |
| COMMON PLEAS OF MCKEAN | : | |
| COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 12th day of June, 2018, the Emergency Application for Leave to File Original Process is **GRANTED**. The Emergency Petition for Writ of Mandamus is **DENIED**. Jurists name to be stricken from caption.